JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA-WESTERN DIVISION

| | |
|---|---|
| ERNEST ALFRED TORRES, | ) CV 13-1015-JFW (SH) |
| | ) |
| Petitioner, | ) JUDGMENT |
| | ) |
| v. | ) |
| | ) |
| DAVID LONG, WARDEN, | ) |
| | ) |
| Respondent. | ) |

    IT IS ADJUDGED that the Petition for Writ of Habeas Corpus is denied and the action is dismissed with prejudice.

DATED: January 21, 2014

                                         JOHN F. WALTER
                                    UNITED STATES DISTRICT JUDGE

1